

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| GERARDO OGAZ, | § | No. 08-19-00137-CR |
| Appellant, | § | Appeal from the |
| v. | § | 394<sup>th</sup>District Court |
| THE STATE OF TEXAS, | § | of Culberson County, Texas |
| State. | § | (TC# 1789) |
| | § | |

**O R D E R**

The Court on its own motion, VACATES the December 3, 2019 submission setting. This case will be rescheduled at a later date.

IT IS SO ORDERED this 5th day of November, 2019.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.